UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL W. KUZMA,

    Petitioner,

v.

    Case No. 1:15-cv-1130

    Hon. Hala Y. Jarbou

SHERMAN CAMPBELL,

    Respondent.
_____/

### ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 7, 2020, recommending that this Court deny the petition (ECF No. 37). The Report and Recommendation was duly served on the parties. Petitioner sought an extension of time to file objections on December 21, 2020, to which the Court granted (ECF No. 39). Petitioner sought a second extension of time to file objections on February 12, 2021, to which the Court again granted (ECF No. 41), making objections due March 21, 2021. No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment in this § 2254 proceeding. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 37) is **APPROVED** and **ADOPTED** as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as to each issue asserted.  See RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

Dated:   March 29, 2021                                /s/ Hala Y. Jarbou
                                                                  HALA Y. JARBOU
                                                                  UNITED STATES DISTRICT JUDGE